RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Davion Fitzgerald

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00295-JCM-NJK-1 |
| Plaintiff, | **DEFENDANT'S MOTION TO CONTINUE RESENTENCING** |
| v. | |
| DAVION FITZGERALD, | |
| Defendant. | |

**Certification:** This motion is timely filed.

Defendant Davion Fitzgerald, through his attorney of record, Assistant Federal Public Defender Heidi Ojeda, hereby submits this motion to continue the resentencing set for January 9, 2020 at 10:30 a.m.

DATED this 18th day of December 2019.

                                                      RENE L. VALLADARES
                                                      Federal Public Defender

                                    By: */s/Heidi Ojeda*
                                                 HEIDI OJEDA
                                                 Assistant Federal Public Defender

**MEMORANDUM OF POINTS AND AUTHORITIES**

On November 6, 2017, Defendant Davion Fitzgerald pled guilty without a plea agreement to one count of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2). ECF Nos. 1, 20. Mr. Fitzgerald was sentenced on February 28, 2018. At the time of sentencing, the parties disputed whether Mr. Fitzgerald's prior conviction for attempted battery with substantial bodily harm was a crime of violence under U.S.S.G. 2K2.1. That this Court ultimately found that it was not a crime of violence and sentenced Mr. Fitzgerald to 37 months custody followed by 36 months of supervised release. ECF No. 32.

The Government timely appealed Mr. Fitzgerald's sentence. ECF NO. 35. On August 26, 2019, the Ninth Circuit issued its opinion vacating Mr. Fitzgerald's sentence and remanding the case for resentencing. ECF No. 41. This Court set resentencing for January 9, 2020 at 10:30 a.m. ECF No. 45. The Government applied for and was granted a Writ of Habeas Corpus ad Prosequendum to transport Mr. Fitzgerald for his resentencing. ECF No. 47.

Mr. Fitzgerald requests that this Court continue his sentencing hearing for at least 90 days to allow time to file a writ of certiorari to the United States Supreme Court. Consistent with the Ninth Circuit Rules of Appellate Procedure, appellate counsel informed Mr. Fitzgerald of his right to appeal the Ninth Circuit's adverse ruling to the Supreme Court. 9th Circuit Rules App. A, § 4(c). After discussions with counsel, Mr. Fitzgerald made the decision to file cert. The deadline for his cert petition is February 18. 2020. Typically, within 45 days of filing the petition, the Court will indicate if it has been granted or denied.

Finality concerning Mr. Fitzgerald's conviction and the need for resentencing only occurs after the Supreme Court has reviewed his petition for a writ of certiorari. *See Clay v. United States*, 537 U.S. 522, 527 (2003)( "Finality attaches when this Court affirms a conviction on the merits on direct review or denies a petition for a writ of certiorari, or when

the time for filing a certiorari petition expires.") As such, Mr. Fitzgerald requests that this Court continue his resentencing hearing to allow time to file his writ of certiorari.

The government has indicated to undersigned counsel that they would oppose any request for a continuance because Mr. Fitzgerald is scheduled for release on July 5, 2020 and they are concerned that continuing the sentencing hearing could create issues if this Court ultimately decided to change Mr. Fitzgerald's sentence.

Given that Mr. Fitzgerald has the right to appeal the adverse ruling from the Ninth Circuit and that the need to resentence him only become final after the Supreme Court reviews and issues a decision concerning his writ of certiorari, this Court should grant Mr. Fitzgerald's motion to continue.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVION FITZGERALD,<br><br>　　　　Defendant. | Case No. 2:17-cr-295-JCM-NJK<br><br>**PROPOSED ORDER** |

　　IT IS THEREFORE ORDERED that the resentencing hearing currently scheduled for Thursday, January 9, 2020 at 10:30 a.m., be vacated and continued to  April 9, 2020  at the hour of  10 : 00  a.m.

　　DATED December 20, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on December 18, 2019, she served an electronic copy of the above and foregoing **DEFENDANT'S MOTION TO CONTINUE RESENTENCING** by electronic mail service to the persons named below:

NICHOLAS A. TRUTANICH
United States Attorney
DANIEL EVAN CLARKSON
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

　　　　　　　　　　　　　　　　　　　　*/s/ Rosana Aporta*
　　　　　　　　　　　　　　　　　　　　Employee of the Federal Public Defender