# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAIVION FITZGERALD,

Defendant.

Case No. 2:17-CR-00295-JCM-NJK

**WAIVER OF RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING**

I understand that I have a right to appear in person in court at the Resentencing proceeding in this case scheduled for April 10, 2020. I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff.

Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

_____ Davion Fitzgerald   4/8/2020
Defendant's Signature         (date)

_Heidi Ojeda_   4/8/2020
Signature of Defendant's Attorney   (date)

Heidi Ojeda
_____
Printed Name of Defendant's Attorney

_____ 4/10/2020
Judge's Signature   (date)

_James C. Mahan_
_____
Judge's Printed Name and Title

FILED / ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
APR 10 2020
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY