RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Davion Fitzgerald

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>DAVION FITZGERALD,<br><br>             Defendant. | Case No. 2:17-cr-00295-JCM-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Nadia Janjua Ahmed, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Davion Fitzgerald, that the Revocation Hearing currently scheduled on January 23, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel begins trial in USA v. Magee on January 23, 2023.
2. The defendant is out of custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

1 | DATED this 17th day of January, 2023.
2
3 | RENE L. VALLADARES　　　　　　　JASON M. FRIERSON
  | Federal Public Defender　　　　　　　United States Attorney
4
5
  | By /s/ Joy Chen　　　　　　　　　　By /s/ Nadia Janjua Ahmed
6 | JOY CHEN　　　　　　　　　　　　NADIA JANJUA AHMED
  | Assistant Federal Public Defender　　Assistant United States Attorney
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>DAVION FITZGERALD,<br><br>         Defendant. | Case No. 2:17-cr-00295-JCM-NJK<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, January 23, 2023 at 10:00 a.m., be vacated and continued to **March 10, 2023, at 10:00 a.m.**; or to a time and date convenient to the court.

DATED January 18, 2023

_____
UNITED STATES DISTRICT JUDGE

3